**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**JOAO MAXIMIANO DE OLIVEIRA,**

    Petitioner,

vs.                                    Case No. 4:11cv41-RH/WCS

**ICE IMMIGRATION,**

    Respondent.

_____/


## REPORT AND RECOMMENDATION

On January 27, 2011, Petitioner submitted a habeas petition under 28 U.S.C. § 2241. Doc. 1. Petitioner contends that he has been unlawfully detained by immigration officials for nearly two years. *Id.*, at 1. Petitioner states that he has no criminal charges or convictions, and has lived in the United States for 19 years, but states that he is being removed "only [for] immigration purposes" and was arrested in his home by I.N.S. *Id.*, at 2, 4.

Petitioner has appealed the removal order to the Board of Appeals, but states that he lost his appeal on July 9, 2010. *Id.*, at 5. He further states that he filed a notice of appeal to the Eleventh Circuit Court of Appeals on July 29, 2010. *Id.* It appears that Petition lost that appeal as well on December 9, 2010. *Id.* Petitioner states that he has

refused efforts to remove him and I.C.E. officials have beaten him.  *Id.*  Petitioner is housed at Krome Detention Center in Miami, Florida.  *Id.*, at 1, 2.

This Court lacks jurisdiction over this petition because Petitioner is not located within the Northern District of Florida.  Transfer of this case to the Southern District of Florida, however, would be meaningless because district courts do not have jurisdiction over this type of § 2241 petition.  It appears that Petitioner seeks further judicial review of the removal order and wants to challenge the final order of removal.  Jurisdiction for that purpose lies only in the Court of Appeals.  8 U.S.C. § 1252(a)(5).  This case should be transferred to the Eleventh Circuit Court of Appeals for further proceedings, if Petitioner is entitled to any further process, as required by the REAL ID Act of 2005, Pub.L.No. 109-13, 119 Stat. 302.  Mejia Rodriguez v. U.S. Dept. of Homeland Sec.,562 F.3d 1137, 1142 (11th Cir. 2009).

It is respectfully **RECOMMENDED** that this § 2241 habeas petition be **TRANSFERRED** to the United States Court of Appeals for the Eleventh Circuit.

**IN CHAMBERS** at Tallahassee, Florida, on February 18, 2011.

 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**